| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2002 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Myers III, William G | 2. Court or Organization Court of Appeals, 9th Circuit | 3. Date of Report 5/19/2003 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (Nominee) | 5. ReportType (check appropriate type) ● Nomination, Date 5/15/2003 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2002 to 4/30/2003 |
| 7. Chambers or Office Address Department of the Interior 1849 C Street, NW, Room 6352 Washington, DC 20240 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Of Counsel | Holland & Hart LLP |
| 2. | Chairman, State Affairs and Natural Resources Subcommittee | Boise Metro Chamber of Commerce |
| 3. | Chairman | Federal Lands Task Force Working Group |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Holland & Hart LLP Incentive Savings Plan (401(k)), former law firm pension to be paid from vested portion of plan upon age of retirement |
| 2. | 1998 . | Holland & Hart LLP Retirement Plan, merged with Incentive Savings Plan on 1/1/02 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2001 | Holland & Hart LLP compenstion | $70,779 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | Exempt |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | Exempt | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | National City Mortgage Co. | Mortgage on Residential Rental, Boise, Idaho (Pt. VII, Line 28) | M |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Templeton World Fund IRA | A | Dividend | J | T | exempt | | | | |
| 2. American Mutual Fund | A | Dividend | | | exempt | | | | |
| 3. EuroPacific Growth Fund | A | Dividend | | | exempt | | | | |
| 4. Growth Fund of America | A | Dividend | | | exempt | | | | |
| 5. New Perspective Fund | A | Dividend | | | exempt | | | | |
| 6. Centenial Money Market | A | Interest | J | T | exempt | | | | |
| 7. Holland & Hart 401(k) | | | | | | | | | |
| 8. -Dodge & Cox Balanced Fund | A | Dividend | J | T | exempt | | | | |
| 9. -Fidelity Diversified International Fund | A | Dividend | J | T | exempt | | | | |
| 10. -Fidelity Divident Growth Fund | A | Dividend | J | T | exempt | | | | |
| 11. -Fidelity Low Priced Stock Fund | A | Dividend | J | T | exempt | | | | |
| 12. A.G. Edwards SEP IRA | | | | | | | | | |
| 13. -Deleware Group Decatur Fund | A | Dividend | J | T | exempt | | | | |
| 14. -Delaware Group Trend Fund | A | Dividend | J | T | exempt | | | | |
| 15. American Funds Accounts | | | | | | | | | |
| 16. -EuroPacific Growth Fund #1 | | None | J | T | exempt | | | | |
| 17. -EuroPacific Growth Fund #2 | | None | J | T | exempt | | | | |
| 18. -Growth Fund of America #1 | | None | J | T | exempt | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  -Growth Fund of America #2 | | None | J | T | exempt | | | | |
| 20.  -Smallcap World Fund #1 | | None | J | T | exempt | | | | |
| 21.  -Smallcap World Fund #2 | | None | J | T | exempt | | | | |
| 22.  -Washington Mutual Investors Fund #1 | A | Dividend | J | T | exempt | | | | |
| 23.  -Washington Mutual Investors Fund #2 | A | Dividend | J | T | exempt | | | | |
| 24.  -Bond Fund of America #1 | A | Dividend | J | T | exempt | | | | |
| 25.  -Bond Fund of America #2 | A | Dividend | J | T | exempt | | | | |
| 26.  -U.S. Government Securities Fund #1 | A | Dividend | J | T | exempt | | | | |
| 27.  -U.S. Government Securities Fund #2 | A | Dividend | J | T | exempt | | | | |
| 28.  Residential Rental, Boise, Idaho (2002 $319,000) | E | Rent | N | S | exempt | | | | |
| 29.  Idaho Central Credit Union | A | Interest | J | T | exempt | | | | |
| 30.  Department of the Interior Federal Credit Union | A | Interest | J | T | exempt | | | | |
| 31.  National Life Insurance Co. Whole Life | A | Dividend | J | T | exempt | | | | |
| 32.  U.S. Savings Bonds | | None | J | T | exempt | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Myers III, William G | 5/19/2003 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Myers III, William G | 5/19/2003 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __May 19, 2003__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 9 | 512 | — | Notes payable to banks-secured | | 0 | |
| U.S. Government securities-add schedule | 2 | 400 | — | Notes payable to banks-unsecured | | 0 | |
| Listed securities-add schedule | | 0 | | Notes payable to relatives | | 0 | |
| Unlisted securities--add schedule | 86 | 363 | — | Notes payable to others | | 0 | |
| Accounts and notes receivable: | | 0 | | Accounts and bills due | 2 | 801 | — |
| Due from relatives and friends | | | | Unpaid income tax | | 0 | |
| Due from others | | | | Other unpaid income and interest | | 0 | |
| Doubtful | | | | Real estate mortgages payable-add schedule | 247 | 000 | — |
| Real estate owned-add schedule | 319 | 000 | — | Chattel mortgages and other liens payable | | 0 | |
| Real estate mortgages receivable | | 0 | | Other debts-itemize: | | 0 | |
| Autos and other personal property | 85 | 763 | — | | | | |
| Cash value-life insurance | 3 | 699 | — | | | | |
| Other assets itemize: | | | | | | | |
| Money Market Account | | 294 | — | | | | |
| Retirement Savings Plan (401(k)) | 42 | 455 | — | | | | |
| Thrift Savings Plans | 123 | 044 | — | Total liabilities | 249 | 801 | — |
| | | | | Net Worth | 422 | 729 | — |
| Total Assets | 672 | 530 | — | Total liabilities and net worth | 672 | 530 | — |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | | Are any assets pledged? (Add schedule) | | No | |
| On leases or contracts | 7 | 185 | | Are you defendant in any suits or legal actions? | | No | |
| Legal Claims | | 0 | | Have you ever taken bankruptcy? | | No | |
| Provision for Federal Income Tax | | 0 | | | | | |
| Other special debt | | 0 | | | | | |